# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRO YOUSRY ABDELTAWAB,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA ARMANT, et al.<br><br>Respondents. | Case No: 5:26-cv-01520-MWF-DTB<br><br>**PRELIMINARY INJUNCTION** |

**PRELIMINARY INJUNCTION**

On April 13, 2026, the Court **GRANTED** Petitioner's Motion for Preliminary Injunction (Docket No. 3).

Pursuant to Federal Rule of Civil Procedure 65, **IT IS ORDERED** that:

1. Respondents shall immediately **RELEASE** Petitioner from custody and must file a notice of compliance to this effect by no later than **April 15, 2026**;

2. Respondents are **ENJOINED** from re-detaining Petitioner without providing Petitioner notice and a pre-detention hearing before an immigration judge.

**IT IS SO ORDERED.**

Dated: April 13, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge