

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMRO YOUSRY ABDELTAWAB,

Petitioner,

v.

CYNTHIA ARMANT, et al.

Respondents.

Case No: 5:26-cv-01520-MWF-DTB

**AMENDED PRELIMINARY INJUNCTION**

On June 4, 2026, the Court **GRANTED** Petitioner's Motion to Enforce Preliminary Injunction (Docket No. 19).

Pursuant to Federal Rule of Civil Procedure 65, **IT IS ORDERED** as follows:

1. Respondents shall immediately **RELEASE** Petitioner from custody by relieving Petitioner of the ankle monitor and ISAP monitoring, and must file a notice of compliance to this effect by no later than **June 8, 2026**;

2. Respondents are **ENJOINED** from imposing any new or more restrictive restraints on Petitioner's liberty without notice and a pre-deprivation hearing.

**IT IS SO ORDERED.**

Dated:  June 4, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
**AMENDED PRELIMINARY INJUNCTION**