UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AMRO YOUSRY ABDELTAWAB, )<br><br>Petitioner, )<br><br>v. )<br><br>CYNTHIA ARMANT, et al, )<br><br>Respondents. ) | Case No. 5:26-cv-01520-MWF-DTB<br><br>**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

In accordance with the stipulation between the parties, the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is granted with judgment to be entered consistent with the reasons and findings set forth in Petitioner's Motion for Preliminary Injunction (Docket No. 3) granted by the District Court (Docket Nos. 9, 10) on April 13, 2026 as well as Petitioner's Amended Motion to Enforce Preliminary Injunction (Docket No. 19) granted by the District Court (Docket Nos. 25, 26) on June 4, 2026.

Dated: July 5, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge

1