JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

AMRO YOUSRY ABDELTAWAB,  )   Case No. 5:26-cv-01520-MWF-DTB
                        )
         Petitioner,    )   **J U D G M E N T**
                        )
         v.             )
                        )
CYNTHIA ARMANT, et al,  )
                        )
         Respondents.   )
_____)

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Motion for Preliminary Injunction (Docket No. 3) granted by the District Court (Docket Nos. 9, 10) on April 13, 2026, as well as Petitioner's Amended Motion to Enforce Preliminary Injunction (Docket No. 19) granted by the District Court (Docket Nos. 25, 26) on June 4, 2026.

Dated: July 5, 2026          _____
                             MICHAEL W. FITZGERALD
                             United States District Judge

1